■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK TAYLOR, Appellant.—Appeal by the defendant, as lim-

ited by his brief, from a sentence of the County Court, Nassau County (Belfi, J.), imposed April 6, 1989.

Ordered that the sentence is affirmed *(see, People v Kazepis, 101 AD2d 816).*

We have considered the defendant's contention that the sentence imposed constitutes cruel and unusual punishment and find it to be without merit. Mangano, J. P., Bracken, Rubin, Kooper and Rosenblatt, JJ., concur.